# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| ERIC SHARPTON ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No.:  5:09-CV-2136-RDP-JEO |
| ) | |
| WARDEN MICHAEL STRIEDEL; ) | |
| THE ATTORNEY GENERAL OF ) | |
| THE STATE OF ALABAMA, ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OF OPINION

This case is before the court on Eric Sharpton's Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (Doc. #1) and Motion for Leave to Amend Issue Four (Doc. #9) . The Magistrate Judge issued a Report and Recommendation (Doc. #10) recommending that Sharpton's petition (Doc. #1) and motion (Doc. #9) be denied.  No objections have been filed.

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation (Doc. #10) and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved.  The court hereby **ADOPTS** and **APPROVES** the findings and recommendation of the magistrate judge as the findings and conclusions of the court.  In accordance with the recommendation, this petition for writ of habeas corpus is due to be dismissed with prejudice.  An appropriate order will be entered.

**DONE** and **ORDERED** this    23rd    day of March, 2010.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE